# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00335-JAD-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| | **RE: MOTION TO WITHDRAW** |
| EMMETT ALVIN MONSON, | **AS ATTORNEY OF RECORD** |
| Defendant. | ECF No. 9 |

IT IS HEREBY ORDERED that Steven W. Myhre, Assistant United States Attorney is withdrawn as attorney of record for the Government.

IT IS FURTHER ORDERED that Steven W. Myhre shall be removed from the CM/ECF service list in this case.

Dated: __1/7/2020_____     _____

**HONORABLE JENNIFER A. DORSEY**
United States District Court Judge